PORTER C. BAKER, APPELLEE, V. JAMES H. CASSELMAN
ET AL., APPELLANTS.

FILED DECEMBER 16, 1930. No. 27437.

*R. O. Canaday* and *Allen G. Fisher,* for appellants.

*Morrow & Morrow, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Scotts Bluff county to recover for damages alleged to have been suffered by reason of the issuance of a temporary restraining order and injunction in an action wherein James H. Casselman was plaintiff and Porter C. Baker and one Wallace Beatty were defendants. Upon trial in the district court a verdict was returned in favor of plaintiff for the sum of $900, and from a judgment thereon defendants have appealed, and plaintiff has filed a cross-appeal.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.